IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2014

JULIA C. ___LEY, CLERK
BY: _____
DEPUTY CLERK

| | |
|---|---|
| DAVID FITZGERALD LIGHTNER, | CASE NO. 7:14CV00019 |
| Plaintiff, | |
| v. | FINAL ORDER |
| UNITED STATES BUREAU OF PRISONS, ET AL., | By: James C. Turk |
| Defendant(s). | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

**ENTER**: This _19th_ day of February, 2014.

_____
Senior United States District Judge