CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2014

JULIA C. ...EY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID FITZGERALD LIGHTNER, | CASE NO. 7:14CV00019 |
| Plaintiff, | |
| v. | FINAL ORDER |
| UNITED STATES BUREAU OF PRISONS, ET AL., | By: James C. Turk |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 19th day of February, 2014.

/s/ James C. Turk
Senior United States District Judge